# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Cerissa C. Newbill,

    Plaintiff,

        v.                                         Case No. 1:17cv430

Secretary, Department of
Treasury,                                       Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 22, 2018 (Doc. 29).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 29) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 29) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Defendant's Motion for Summary Judgment (Doc. 24) is **GRANTED** and Plaintiff's Complaint is **DISMISSED** with prejudice. This matter is **CLOSED**.

    **IT IS SO ORDERED.**

                                                      *s/Michael R. Barrett*
                                                      Michael R. Barrett, Judge
                                                      United States District Court